IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02703-RPM

LAURA SMITH,

      Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
Corporation licensed to do business in the State of Colorado
d/b/a WAL-MART SUPERCENTER #5123,
WAL-MART REAL ESTATE BUSINESS TRUST,
a Delaware Business Trust,

      Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **December 21, 2012, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 13, 2012.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

      Dated: November 19 , 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge