**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-02703-RPM

**LAURA SMITH,** a Colorado Citizen

      Plaintiff,

v.

**WAL-MART STORES, INC.,** a Delaware Corporation,
**WAL-MART REAL ESTATE BUSINESS TRUST**, a Delaware Business Trust

      Defendants.

_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT WAL-MART REAL ESTATE BUSINESS TRUST**
_____

      Upon review of the Parties' Stipulated Motion to Dismiss without Prejudice Defendant Wal-Mart Real Estate Business Trust [9] filed November 26, 2012, it is

      ORDERED that the Motion is GRANTED.   Defendant Wal-Mart Real Estate Business Trust is dismissed without prejudice.

      DATED this 27th day of November, 2012.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge