IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02703-RPM

LAURA SMITH,

    Plaintiff,

v.

WAL-MART STORES, INC., a Delaware
Corporation,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Motion for Dismissal with Prejudice filed by the plaintiff on July 23, 2013 [23], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated:   July 25th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge